not consider because there is no way to bring them upon the record. It is suggested in the appellant's argument that the case raises a difficult question of law, and we may say that if this appeared in the transcript of the magistrate and the transcript were before us this might be ground for holding that the court ought to have granted the appeal. But as we have suggested the transcript is not sent up and it is impossible to see how we can convict the court below of an abuse of discretion, unless it be held that upon an appeal from the action of the court the facts averred in the petition must be accepted for verity. We are not prepared to go to that extent. We see no substantial ground upon which we can base a decision substituting our discretion for that of the court in which it is reposed by the statute.

The appeal is dismissed.

---

## Commonwealth *v.* Weimer, Appellant (No. 2).

Argued Feb. 25, 1908. Appeal, No. 238, Oct. T., 1907, by defendant, from order of Q. S. Lebanon Co., Dec. T., 1907, No. 31, refusing allowance of appeal from summary conviction in case of Commonwealth v. Edgar A. Weimer. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY and HEAD, JJ. Affirmed.

OPINION BY RICE, P. J., July 15, 1908:

For the reasons given in Commonwealth v. Weimer, ante, p. 451, in which we herewith file an opinion, the appeal is dismissed.

---

## Commonwealth *v.* Brandt, Appellant (No. 1).

Argued Feb. 25, 1908. Appeal, No. 237, Oct. T., 1907, by defendant, from order of Q. S. Lebanon Co., Dec. T., 1907, No. 30, refusing allowance of appeal from summary convic-